E.D.N.Y.-C. Islip<br>
05-cv-4296<br>
Seybert, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of February, two thousand sixteen.

Present:

    Amalya L. Kearse,
    Rosemary S. Pooler,
    Robert D. Sack,
        *Circuit Judges*.

_____

In re DHB Industries, Inc. Class Action Litigation.

15-2932 (L);<br>
15-2935 (Con)

_____

Plaintiffs-Appellees move to dismiss the appeal of Intervenor-Appellant D. David Cohen for lack of standing. Upon due consideration, it is hereby ORDERED that the motion is GRANTED and the appeal docketed under 15-2935 is DISMISSED because Appellant opted out of the class and is not a party to the settlement, which the district court determined is still in effect, and because Appellant has not stated a plausible interest affected by the judgment. *See Rajamin v. Deutsche Bank Nat'l Trust Co.*, 757 F.3d 79, 86 (2d Cir. 2014); *Cent. States Se. & Sw. Areas Health & Welfare Fund v. Merck-Medco Managed Care, LLC*, 504 F.3d 229, 244 (2d Cir. 2007); *Official Comm. of Unsecured Creditors of WorldCom, Inc. v. S.E.C.*, 467 F.3d 73, 78 (2d Cir. 2006).

                      FOR THE COURT:
                      Catherine O'Hagan Wolfe, Clerk